C. M. BAILEY v. VICTOR STEARNS and Others.[1]

June 28, 1900.

Nos. 11,990—(97).

**Insolvent Corporation—Attachment against Property of Stockholder.**

Action in the district court for St. Louis county to set aside a certain judgment for $10,032.20 in favor of defendant Stearns, as receiver of the Northwestern Loan & Investment Company, and the sale of certain lands upon execution under said judgment. From an order overruling demurrers to the complaint, Cant, J., defendant Stearns and others appealed. Affirmed.

*J. L. Washburn* and *W. D. Bailey,* for appellants.

*Crassweller & Crassweller, Louis K. Luse* and *Lyman T. Powell,* for respondent.

PER CURIAM.

The sole question presented by this case is whether in proceedings under G. S. 1894, c. 76, to enforce the individual liability of stockholders, an attachment will lie against the property of one of the stockholders against whom such proceedings are pending. We are equally divided on the question, justice LEWIS having been of counsel and not sitting, and as this results in an affirmance, a discussion thereof can serve no useful purpose and we refrain. This case arose prior to the passage of Laws 1899, c. 272, construed in Straw & Ellsworth Mnfg. Co. v. Kilbourne B. & S. Co., supra, page 125.

Order affirmed.

[1] Reported in 83 N. W. 1118.